UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD K. SCOTT                                CIVIL ACTION

VERSUS                                          NUMBER: 07-4150

WARDEN J. TRAVIS                                SECTION: "C"(5)

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Richard K. Scott, is **DISMISSED** without prejudice.

New Orleans, Louisiana, this __8__ day of __January__, 200__8__.

_____
UNITED STATES DISTRICT JUDGE